# United States Court of Appeals
## For the First Circuit

No. 21-1689

JAMILET GONZÁLEZ-ARROYO, in representation of her minor son,
ALG,

Plaintiff-Appellant,

v.

DOCTORS' CENTER HOSPITAL BAYAMÓN, INC.; DR. BENITO HERNÁNDEZ-
DIAZ; JANE DOE, CONJUGAL PARTNERSHIP HERNÁNDEZ-DOE,

Defendants-Appellees,

JOHN DOES 1,2, AND 3; A, B, AND C CORPORATIONS; UNKNOWN
INSURANCE COMPANIES A THROUGH H,

Defendants.

**ERRATA SHEET**

The opinion of this Court issued on November 22, 2022, is
amended as follows:

On page 26, line 19, replace "discovered evidence, rather Dr.
Schifrin" with "discovered evidence; rather, Dr. Schifrin"